06/30/2023
Works & Lentz, Inc
3030 NW Expressway Ste 1300
OKC, OK 73112


RECEIVED JUL 03 2023

$ 2793.31

I am disputing the alleged debt owed to Integris Baptist Med ctr. I need validation of the debt. The only convenient way to contact me is via email.

Charisma Jones
2108 Cadwell Ave
OKC, OK 73170
Charisma.joneshomes@gmail.com

**LEGAL DOCUMENT**
R/P NAME: Jones, Charisma
ID#: 1234466298
CLIENT: Integris Baptist Med center
CASE NO:
DATE NOTED: 7/5/23

EXHIBIT
1