LAW OFFICES OF

# WORKS & LENTZ, INC.

WILTON W. WORKS (1925-2004)
HARRY A. LENTZ, JR.
LESLIE E. LENZ
ROGER M. COIL
ANNETTE P. HOWLETT

A PROFESSIONAL CORPORATION

3030 NW EXPRESSWAY STREET
SUITE 1300
OKLAHOMA CITY, OKLAHOMA 73112-5436

Office Administrator
HINDA E. KHOURY

TEL: (405) 942-2211
FAX: (405) 942-2370

July 14, 2023

CHARISMA JONES
2108 CADWELL AVE
OKLAHOMA CITY OK 73170

Re:   Medical Provider: INTEGRIS BAPTIST MED CTR
      Patient: JONES, CHARISMA F
      Amount of claim: $2,793.31
      Our ID No.: ID 1234466298

Dear CHARISMA JONES:

   We have received your letter with regard to the above referenced claim.  We have discontinued all collection efforts and forwarded your letter to our client for their review.  Upon receipt of their response, we will notify you immediately of their position as to how they wish us to proceed. In the meantime, we have enclosed information regarding your account(s), which was provided to our office by our client.

   The name and address of the original creditor in the above referenced matter is: Integris Baptist Med Ctr, 5300 N Independence Ave Ste 210, Oklahoma City, OK 73112.

Very truly yours,

WORKS & LENTZ, INC.

*[signature]*

Attorney at Law

WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED IN COMMUNICATIONS WITH YOU MAY BE USED FOR THAT PURPOSE.

**EXHIBIT 2**

Date: 07/14/2023                                              Account Documentation

| Service Provider | Patient Name | Provider Acct# | Date of Service | Assigned Balance | Current Balance |
|---|---|---|---|---|---|
| INTEGRIS BAPTIST MED CTR | JONES, CHARISMA F | 604184319 | 09/27/2021 | $2,793.31 | $2,793.31 |